IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| RXD MEDIA, LLC, )<br><br>Plaintiff, )<br><br>v. )<br><br>IP APPLICATION DEVELOPMENT ET AL., )<br><br>Defendants. ) | Case No. 1:18-cv-486 |

## ORDER

This matter comes before the Court on Plaintiff's Motion for Partial Summary Judgment,

Dkt. 39, and Defendants' Motion for Summary Judgment. Dkt. 55. After reviewing the parties'

briefs and exhibits, and with careful consideration given to the TTAB decision, the question of bona

fide intent to use, and the question of the likelihood of confusion, the Court finds there is no

genuine issue of material fact and Defendants are entitled to summary judgment as a matter of law.

Accordingly, pursuant to Federal Rule of Civil Procedure 56, Defendants' Motion for

Summary Judgment, Dkt. 55, is **GRANTED** for all five counts of Plaintiff's Complaint and for all

three counts of Defendant Apple's Amended Counterclaims. Plaintiff's Motion for Partial Summary

Judgment, Dkt. 39, is **DENIED.** A memorandum opinion will follow. This grant of summary

judgment will not be considered a final order for purposes of appealability until the memorandum

opinion has been filed and final judgment has been ordered.

It is **SO ORDERED.**

_____
Liam O'Grady
United States District Judge

February 14, 2019
Alexandria, Virginia