**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| RXD MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff/Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:18-cv-486-LO-TCB |
| | ) | |
| IP APPLICATION DEVELOPMENT | ) | |
| LLC, and APPLE, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that RXD Media, LLC, plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on March 27, 2019 pursuant to the Memorandum Opinion dated March 27, 2019 (ECF 103) and Order dated February 14, 2019 (ECF 102).

Dated: April 26, 2019

Respectfully submitted,

      */s/*    *Cecil E. Key*
Bernard J. DiMuro, Esq. (VSB No. 18784)
Jayna Genti, Esq. (VSB No. 90065)
**DiMuroGinsberg P.C.**
1101 King Street, Suite 610
Alexandria, Virginia 22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: bdimuro@dimuro.com
Email: jgenti@dimuro.com

Cecil E. Key, Esq. (VSB No. 41018)
**Key IP Law Group, PLLC**
1934 Old Gallows Road, Suite 350
Vienna, Virginia 22182
Telephone:  (703) 752-6276
Facsimile:  (703) 752-6201
Email: cecil@keyiplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

/s/      *Cecil E. Key*
Cecil E. Key, Esq.