FILED: February 12, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1461
(1:18-cv-00486-LO-TCB)
_____

RXD MEDIA, LLC

  Plaintiff - Appellant

v.

IP APPLICATION DEVELOPMENT LLC; APPLE, INC.

  Defendants - Appellees

_____

M A N D A T E
_____

  The judgment of this court, entered January 21, 2021, takes effect today.

  This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*